(SPACE BELOW FOR FILING STAMP ONLY)

1  RICHARD S. ROSENBERG, SBN 77948
   rrosenberg@brgslaw.com
2  JEFFREY P. FUCHSMAN, SBN 105651
   jfuchsman@brgslaw.com
3  BALLARD ROSENBERG GOLPER & SAVITT, LLP
   15760 Ventura Boulevard, Eighteenth Floor
4  Encino, California 91436
   Telephone:  (818) 508-3700
5  Facsimile:  (818) 506-4827

6  Attorneys for Defendants
   TEAM ADHOC, LLC and EAST WEST
7  BANK

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DARCY SOLOMON, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TEAM ADHOC, LLC and EAST WEST BANK,<br><br>Defendants. | Case No. 2:17-CV-03636 JAK (RAOx)<br><br>**STIPULATION TO DISMISS WITH PREJUDICE UPON COMPLETION OF SETTLEMENT PAYMENTS**<br>[Fed. R. Civ. P. 41]<br><br>Trial Date:   None Set |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel of record as follows:

WHEREAS, the parties entered into a collective and representative action settlement pursuant to the Fair Labor Standards Act and the Private Attorneys General Act;

WHEREAS, the Court granted approval of the settlement by Order dated May 30, 2018, as modified by Order dated June 14, 2018;

WHEREAS, the settlement agreement includes a payment plan which is scheduled to be completed by February, 28, 2019;

561367.1                                                    1

WHEREAS, the parties hereby stipulate that upon completion of the settlement payments by Defendants, the action shall be deemed dismissed with prejudice pursuant to Fed. R. Civ. P. 41.

DATED: August 17, 2018          MORGAN AND MORGAN PA

By: ___*/s/ Charles Ryan Morgan*___
       CHARLES RYAN MORGAN
Attorneys for Plaintiff DARCY SOLOMON

DATED: August 17, 2018          BALLARD ROSENBERG GOLPER & SAVITT, LLP

By: ___*/s/ Jeffrey P. Fuchsman*___
       JEFFREY P. FUCHSMAN
Attorneys for Defendants
TEAM ADHOC, LLC and EAST WEST BANK

561367.1

2

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 15760 Ventura Boulevard, Eighteenth Floor, Encino, CA 91436, USA.

On August 17, 2018, I served true copies of the following document(s) described as **STIPULATION TO DISMISS WITH PREJUDICE UPON COMPLETION OF SETTLEMENT PAYMENTS [Fed. R. Civ. P. 41]**, on the interested parties in this action as follows:

| | |
|---|---|
| Aashish Y Desai<br>Maria Adrianne De Castro<br>Desai Law Firm PC<br>3200 Bristol Street, Suite 650<br>Costa Mesa, California 92626<br>Phone: 949-614-5830<br>Fax: 949-271-4190<br>aashish@desai-law.com<br>adrianne@desai-law.com | Charles Ryan Morgan<br>Morgan and Morgan PA<br>20 North Orange Avenue<br>Suite 1400<br>Orlando, Florida 32801<br>Phone: 407-420-1414<br>Fax: 404-245-3401<br>rmorgan@forthepeople.com |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 17, 2018, at Encino, California.

*/s/ Lisa Chiarella*
Lisa Chiarella

561367.1

3